An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESTER EUGENE SELANDER, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66053

**FILED**

JUL 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of child abuse, neglect or endangerment and attempted lewdness with a child under the age of 14. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

The notice of appeal was filed on July 9, 2014, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b)(1)(A). To the extent that appellant appeals from the order for revocation of probation and amended judgment of conviction entered on March 25, 2014, the appeal is also untimely. We lack jurisdiction to consider this appeal, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) ("[A]n

SUPREME COURT
OF
NEVAOA

(0) 1947A

14-24369

untimely notice of appeal fails to vest jurisdiction in this court."), and therefore we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Parraguirre

_____ , J.
Saitta

cc:    Hon. Douglas Smith, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Lester Eugene Selander, Jr.